| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court _____of South Carolina_____ on the following  X  Patents or  ☐ Trademarks:

| DOCKET NO.<br>2:09-828-DCN | DATE FILED<br>3/31/2009 | U.S. DISTRICT COURT<br>South Carolina |
|---|---|---|
| PLAINTIFF<br>Quoizel, Inc<br>6 Corporate Parkway<br>Goose Creek, SC 29445 | | DEFENDANT<br>Nii Northern International, Inc.<br>1 Burbidge Street Suite 101<br>Coquitlam British Columbia, Canada V3K 7B2 |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | D409,780 | 5/11/1999 | Quoizel, Inc |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | |
|---|---|---|
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| Stipulation of Dismissal with prejudice by plaintiff and defendant. |

| CLERK<br>LARRY W. PROPES | (BY) DEPUTY CLERK<br>s/Catina Murray | DATE<br>1/6/2010 |
|---|---|---|

**Copy 1—Upon initiation of action, mail this copy to Director  Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director  Copy 4—Case file copy**